IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AUDRA LYNN LUEKER                                                       PLAINTIFF

V.                      CASE NO. 3:18-CV-71-KGB-BD

SOCIAL SECURITYADMINSTRATION                                            DEFENDANT

## ORDER

Pending is Commissioner of the Social Security Administration's Unopposed Motion to Reverse and Remand. (Docket entry #12) For good cause shown, the Commissioner's motion (#12) is GRANTED. This case is remanded under sentence four of 42 U.S.C. § 405(g), for further administrative action.

DATED this 28th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE