**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**AUDRA LYNN LUEKER**                                                    **PLAINTIFF**

**V.**                    **CASE NO. 3:18-CV-71-KGB-BD**

**SOCIAL SECURITYADMINSTRATION**                              **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor

of Plaintiff Audra Lynn Lueker and against the Social Security Administration. This is a

sentence four remand under 42 U.S.C. §405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89,

97-103 (1991).

DATED this 28th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE