## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**AUDRA LYNN LUEKER**                                                                             **PLAINTIFF**

**v.**                       **Case No. 3:18-cv-00071-KGB-BD**

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                           **DEFENDANT**

## ORDER

Before the Court is plaintiff Audra Lynn Lueker's motion for award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Dkt. No. 15). The Commissioner has responded and does not object to the overall amount but objects to Ms. Lueker's request that the EAJA award be paid directly to her attorney based on an alleged assignment (Dkt. No. 17). The Commissioner requests that any award of EAJA fees be payable directly to Ms. Lueker, pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010) (holding that an award of fees under the EAJA is payable to the litigant and is therefore subject to a government offset to satisfy the litigant's pre-existing debt to the United States) (Dkt. No. 17). Through informal written communication with the Court, counsel for Ms. Lueker concedes that the EAJA fees should go to Ms. Lueker and not to him.

For good cause shown, the Court grants Ms. Lueker's motion (Dkt. No. 15). After review of the record, the Court finds that the hours spent by counsel were reasonable. The Court approves attorney's fees and costs in the amount of $8,541.97. The EAJA fee award shall be made payable to Ms. Lueker, in the care of and mailed to her counsel, but subject to any offset to satisfy any pre-existing debt owed by Ms. Lueker to the United States. The Commissioner shall certify this award.

It is so ordered this 28th day of February, 2019.

_____
Kristine G. Baker
United States District Judge